# Court of Appeals
# of the State of Georgia

ATLANTA, __April 21, 2014__

*The Court of Appeals hereby passes the following order:*

**A14D0283.  THE STATE v. BLAKE RANDLE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/21/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*